IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DEMOND M. QUEEN,**<br>     **Plaintiff,** | Civil Action No. 7:23cv00255 |
| v. | <u>**MEMORANDUM OPINION**</u> |
| **LISA HUIANDY, et al,**<br>     **Defendant(s),** | By:  Michael F. Urbanski<br>Chief United States District Judge |

Plaintiff, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered May 9, 2023, the court directed plaintiff to submit within 30 days from the date of the order a statement of assets form, an inmate account form for the month of May, and a certified copy of plaintiff's trust fund account statement for the month of May, obtained from the appropriate prison official of the prison at which plaintiff is or was confined during the month of May. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 22nd day of June, 2023.

Digitally signed by
Michael F. Urbanski
Chief U.S. District Judge
Date: 2023.06.22
15:51:45 -04'00'

_____
Chief United States District Judge